UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDELMIRA CASTELLANOS-GUTIERREZ,<br><br>Defendant. | No. 2:18-MJ-00264-JTR<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48(a).<br><br>**MOTION GRANTED**<br>**(ECF NO. 17)** |

This matter comes before the Court upon motion by the United States requesting the above captioned matter be dismissed without prejudice. ECF No. 17.

Thus, **IT IS ORDERED**, pursuant to Fed. R. Crim. P. 48(a), that the United States' Motion for Dismissal, **ECF No. 17**, is **GRANTED**.

The case against Defendant is dismissed without prejudice and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED October 1, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1